# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR CAMARGO JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>CKE RESTAURANTS, INC., *et al.*,<br><br>Defendants. | Case No. 3:20-CV-0162-MMD-CLB<br><br>**ORDER GRANTING AN EXTENSION OF TIME** |

Defendant BR Reno Star LLC dba Carl's Jr. ("BRRS") moved for an order compelling Plaintiff Victor Camargo Juarez ("Juarez") to produce discovery responses or for case terminating sanctions for Juarez's failure to do so. (ECF No. 22). Juarez failed to file a response to this motion which was due by October 6, 2021.

The Court hereby *sua sponte* grants Juarez an extension of time to **October 28, 2021** to file a response to the BRRS motion. (ECF No. 22.) Juarez is cautioned that his failure to respond to this motion may result in a report and recommendation to the District Court to dismiss this case in its entirety for Juarez's discovery violations pursuant to Fed. R. Civ. P. 37(b)(2)(A) and 37(d)(3).

No further extensions of time will be granted.

**IT IS SO ORDERED.**

DATED: October 15, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**