AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR CAMARGO JUAREZ,

           Plaintiff,

v.

CKE RESTAURANTS, *et al.*,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:20-cv-00162-MMD-CLB

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is accepted and adopted in full pursuant to Order (ECF No. 45). **IT IS FURTHER ORDERED** that Juarez's complaint is **DISMISSED**. The Clerk of Court is therefore directed to enter judgment accordingly and close this case.

Date: 6/2/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*